## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK WORTH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.  16-3877** |
| | : | |
| **STEPHEN WORTH,** *et al.* | : | |

## ORDER

**AND NOW**, this 22[th] day of December 2016, upon consideration of Plaintiff's Motion for an Order to show cause as to why we should not enter contempt or otherwise stay parallel arbitration proceedings (ECF Doc. No. 57), Defendant Stephen Worth's Opposition and Cross-Motion to compel arbitration (ECF Doc. No. 59), Plaintiff's Response (ECF Doc. No. 60) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion (ECF Doc. No. 58) is **GRANTED in part** and **DENIED in part** as Plaintiff's request for contempt is **DENIED** but his request to stay the Defendants' post-appeal arbitration demand is **GRANTED** and all future steps in the post-appeal arbitration demand are **STAYED**;  and,

2. Defendant's Cross-Motion to compel arbitration (ECF Doc. No. 59) is **DENIED.**

_____
KEARNEY, J.